OLGA SISKOVICH, Respondent, v. VALBORG JENSEN et al., Appellants.

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

YOUNG FOUNDATION CORPORATION, Respondent, v. A. E. OTTAVIANO, INC., Appellant, et al., Defendants.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

JOHN H. ADLER, Respondent, v. KENNETH M. SMALLEY, JR., Appellant.—

In our opinion, the record presents issues of fact which must await trial. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

SUSIE B. ARESON, Respondent, v. HEMPSTEAD BUS CORP. et al., Appellants.—

On the proof adduced, it may not be held that the evidence preponderates so greatly in favor of plaintiff as to establish that the jury's verdict for the defendants could not have been reached upon any fair interpretation of the evidence (*Musumeci* v. *Pillsbury Mills,* 12 A D 2d 941; *Mieuli* v. *New York & Queens County Ry. Co.,* 136 App. Div. 373). Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

SOPHIE BRAY et al., Appellants, v. CITY OF MOUNT VERNON, Respondent, et al., Defendant.—

No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.